# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

# CRIMINAL MINUTES

**CASE NO:** 6:10-cr-60066  **DATE:** August 16, 2011

**PRESIDING JUDGE:** MICHAEL R. HOGAN

**DEPUTY CLERK:** J. Wright

Record of order establishing the following pretrial, trial document and trial deadlines:

| | |
|---|---|
| 12/12/2011: | Exchange exhibits; file exhibit lists (plaintiff to use exhibit numbers 1-99; defendant to use exhibit numbers 100-199), and witness lists (with brief summary of anticipated testimony). The parties are to send to the Clerk's Office, 405 East 8th Avenue, Room 2100, Eugene, OR 97401, the judge's **copy** of exhibits, properly marked and in a 3-ring binder. BRING ALL ORIGINAL EXHIBITS with exhibit stickers placed on the lower right hand corner TO THE PRETRIAL CONFERENCE in individual file folders marked with the corresponding exhibit number on the top of the file folder tab. |
| 12/19/2011: | File written objections to exhibits; file motions in limine; |
| 12/27/2011: | File responses to motions in limine; file responses to written objections to exhibits; file proposed voir dire, proposed jury instructions and trial memorandum, proposed verdict forms (on plain paper to be signed by "Presiding Juror"); |
| 1/10/2012: | 11:00 am - Pretrial Conference. The court will hear arguments of any motions in limine and rule on exhibits at the pretrial conference. |
| 1/17/2012: | 9:00 am - 13-day Jury Trial |

**UNITED STATES OF AMERICA**                     Frank Papagni
                                                 Asst. U.S. Attorney

v.

**Defendant:**                                   **DEFENDANT'S COUNSEL**

1.   **Steven Dwight Hammond**                   Lawrence Matasar
2.   **Dwight Lincoln Hammond, Jr**              Marc Blackman

cc:   Chambers
      Counsel of Record