Lawrence Matasar, OSB #74209
621 S.W. Morrison Street, Suite 1025
Portland, OR 97205
Telephone: (503) 222-9830
Fax: (503) 274-8575
Email: larry@pdxlaw.com

Marc Blackman, OSB #73033
Ransom Blackman
1001 SW Fifth Avenue Suite 1400
Portland, OR 97204
Tel: (503) 228-0487
Fax: (503) 227-5984
Email: marc@ransomblackman.com

      Attorneys for Dwight Hammond and Steven Hammond

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 10-60066-HO |
|     Plaintiff, ) | |
| vs. ) | DEFENDANTS' MOTION TO CONTINUE TRIAL DATE |
| STEVEN DWIGHT HAMMOND and ) DWIGHT LINCOLN HAMMOND, ) | |
|     Defendants. ) | |

    Defendants, Steven Dwight Hammond and Dwight Lincoln Hammond, by their respective counsel, Lawrence Matasar and Marc D. Blackman, move for a continuance of the trial date of January 17, 2011 in the above matter on the grounds of the volume of discovery, the

/ / /

/ / /

/ / /

PAGE 1 –  DEFENDANTS' MOTION TO CONTINUE TRIAL DATE

complexity of the case, and a trial scheduling conflict, which defense counsel noted at the time the case was scheduled for trial and which defense counsel was subsequently unable to resolve.

This motion is supported by the attached affidavit of counsel.

RESPECTFULLY SUBMITTED this 4th day of October, 2011.


  /s/ Marc Blackman                           /s/ Lawrence Matasar
Marc Blackman                              Lawrence Matasar
OSB No. 73033                              OSB No. 74209
Telephone: (503) 228-0487                  Telephone: (503) 222-9830

Attorneys for Defendants

PAGE 2 – DEFENDANTS' MOTION TO CONTINUE TRIAL DATE